Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Jerome Kersey__
Debtor(s)

Case No. __08-06958__
Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__ Check one  ☐ With the filing of the petition, or
                          ■ On or before __3/24/08__

   $ __68.50__ on or before __4/24/08__

   $ __68.50__ on or before __5/24/08__

   $ __68.50__ on or before __6/24/08__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 2 4 2008

KENNETH S. GARDNER, CLERK
PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __March 24, 2008__      Signature __Jerome Kersey__
                                         Jerome Kersey
                                         Debtor

_____
Attorney for Debtor(s)

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Jerome Kersey

Debtor(s)

Case No.  08-06958

Chapter  13

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one    ☐ With the filing of the petition, or
                          ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Date  MAR 2 4 2008

BY THE COURT

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

*UNITED STATES BANKRUPTCY JUDGE*