```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06958
   JEROME KERSEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7609


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 03/24/2008 and was not confirmed.

   The case was dismissed without confirmation 10/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME           CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
ALLSTATE INSURANCE      UNSECURED        NOT FILED          .00           .00
AMERICAN EXPRESS BANK   UNSECURED           582.13          .00           .00
CITY OF CHICAGO PARKING UNSECURED          3935.00          .00           .00
COMMONWEALTH EDISON     UNSECURED           180.67          .00           .00
COMCAST                 UNSECURED        NOT FILED          .00           .00
HOME EQ SERVICING-MONEY UNSECURED        NOT FILED          .00           .00
OCWEN FINANCIAL SERVICES UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED          591.71          .00           .00
LVNV FUNDING            UNSECURED           565.44          .00           .00
NISSAN MOTOR ACCEPTANCE SECURED VEHIC    32673.71           .00        739.94
NISSAN MOTOR ACCEPTANCE UNSECURED        NOT FILED          .00           .00
WELLS FARGO FINANCIAL BA SECURED NOT I      591.14          .00           .00
PRO SE DEBTOR           DEBTOR ATTY           .00                         .00
TOM VAUGHN              TRUSTEE                                         64.34
DEBTOR REFUND           REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   804.28

PRIORITY                                              .00
SECURED                                            739.94
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                64.34
DEBTOR REFUND                                         .00
                      ---------------    ---------------
TOTALS                    804.28                   804.28




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 06958 JEROME KERSEY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE